# Court of Appeals
# of the State of Georgia

ATLANTA, August 11, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0032.  HONAN v. LAFAYETTE STATE BANK.**

Upon consideration of Appellant Scott C. Honan's motion for permission to withdraw his appeal, said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/11/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*